IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY<br><br>    Plaintiff<br><br>v.<br><br>J.D. LONG MASONRY, INC.<br><br>    Defendant | :<br>:<br>:<br>:   Civil Action No. 2006-2252 (RSL)<br>:<br>:<br>:<br>: |

**NOTICE OF REMOVAL**

The Defendant, J.D. Long Masonry, Inc., through counsel, pursuant to 28 U.S.C. §1446, respectfully petitions for the removal of this action from the District of Columbia Superior Court to the United States District Court for the District of Columbia. In support of this petition, J.D. Long Masonry, Inc. respectfully states the following:

1. The Plaintiff, John R. Sweeney, has commenced an action against the above-named Defendant in the District of Columbia Superior Court styled *Sweeney v. J.D. Long Masonry, Inc.*, Civil Action No. 06-8391. Plaintiff's Complaint alleges negligence in a personal injury action. Copies of the Summons and Complaint, which represent the only process, pleading, and/or order with which the Defendant has been served in this matter, accompany this Notice.

2. Removal of Civil Action No. 06-8391 from the District of Columbia Superior Court to this Honorable Court is appropriate under 28 U.S.C. § 1446 because this Court has original jurisdiction of the claims set forth in the Complaint. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1). Defendant is, therefore, entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441 (b). In compliance with 28 U.S.C. § 1446(b),

56525.1

this Notice of Removal is filed with this Court within thirty (30) days after service of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. The Complaint purports to state a cause of action for negligence in a personal injury claim under state law. Defendant denies that it is negligent and denies that it is liable to Plaintiff for the relief sought in the Complaint.

3. Removal of Civil Action No. 06-8391 from the District of Columbia Superior Court to this Honorable Court is appropriate under 28 U.S.C. § 1441(a) because this Court has original diversity jurisdiction of the claims set forth in the Complaint pursuant to 28 U.S.C. § 1332 as a suit between citizens of different states where the matter in controversy exceeds $75,000.00.

  a. Sweeney and J.D. Long Masonry are citizens of different states. Sweeney is a resident of Maryland. J.D. Long Masonry is a foreign corporation residing in Virginia, and doing business within the District of Columbia. *Complaint*, ¶¶ 2 and 3.

  b. The amount in controversy in this action exceeds the $75,000.00 jurisdictional limit pursuant to 28 U.S.C. § 1332, based on the demand for judgment in the amount of One Million Dollars. *See* Complaint.

4. Service of the Summons and Complaint upon Prudential was effective December 11, 2006 This Notice is, therefore, timely. *See* 28 U.S.C. §1446(b).

WHEREFORE, the Defendant, J.D. Long Masonry, respectfully requests that Civil Action No. 06-8391 be removed from the District of Columbia Superior Court to this Honorable Court for trial and determination.

56525.1

Under penalty of law pursuant to Rule 11 of the Federal Rules of Civil Procedure, I certify that the statements set forth in this instrument are true and correct.

J.D. LONG MASONRY, INC.
By Counsel

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_/s/ Walter L. Williams_

Walter L. Williams, DC Bar No. 455852
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Counsel for Defendant

Dated: December 29, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Notice of Removal was mailed, postage prepaid, this 29th day of December, 2006 to:

William P. Lightfoot, Esquire
Joseph H. Koonz, Jr., Esquire
KOONZ, MCKENNEY, JOHNSON,
    DEPAOLIS & LIGHTFOOT, P.C.
James Monroe Building
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
202-659-5500
202-785-3719 (facsimile)
Counsel for Plaintiff

Clerk
D.C. SUPERIOR COURT
Civil Division
500 Indiana Avenue, N.W.,
Room JM-170
Washington, D.C. 20001

_/s/ Walter L. Williams_
Walter L. Williams

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JOHN R. SWEENEY,
and his wife NANCY,
1250 Steamboat Road
Shady Side, MD 20764

      Plaintiffs,

      v.

J.D. LONG MASONRY, INC.
8253-J Backlick Road
Lorton, VA 22079

SERVE:  C T Corporation System
          1015 15th Street, N.W.
          Suite 1000
          Washington, DC 20005.

      Defendant

0008391-06

Civil Action No. _____

RECEIVED
Civil Clerk's Office
NOV 1 7 2006
Superior Court of the
District of Columbia
Washington, D.C.

**COMPLAINT**
(Construction Accident)

**JURISDICTION**

1.    Jurisdiction of this Court is based upon D.C. Code §11-921 et seq. (1981) and D.C. Code §13-423, as the cause of action arose in the District of Columbia.

**PARTIES**

2.    Plaintiffs John R. Sweeney and his wife, Nancy Sweeney are residents of the state of Maryland.

3.    Upon information and belief, Defendant J. D. Long, Inc. (herein after to be known as Long) is a Virginia corporation transacting business in the District of Columbia.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

Ex. 1
2006-2252 (RJL)

4. At all times referenced herein, Plaintiff John R. Sweeney was employed as an iron worker for The American Iron Works, Inc., a sub-contractor, engaged in the construction of a building at 14th and Park Road N.W., Washington D.C.

5. At the time of the incident, giving rise to this law suit, Plaintiff John R. Sweeney was working within the course and scope of his employment.

6. The Defendant Long is a corporation licensed to do business in the District of Columbia.

## FACTS

7. Plaintiffs incorporate by reference paragraphs 1 through 6 as if fully set forth herein.

8. The male Plaintiff Sweeney alleges during the course of his employment on April 22, 2005, he was engaged in erecting angle irons to be used for the placement of stone on the exterior of the building.

9. Plaintiff, John R. Sweeney, was on a second floor scaffold when employees, servants, and or agents of Defendant Long dropped metal tubing used for scaffold safety rails from the seventh floor onto Plaintiff John R. Sweeney, striking him twice on his right shoulder, head, neck and back.

10. Plaintiff, John R. Sweeney, suffered severe injuries, some or all of which are permanent in nature, including injuries to his head, neck, back, and right shoulder resulting in a tear of the rotator cuff necessitating surgery.

11. Plaintiff, John R. Sweeney sought medical attention following this accident, which ultimately resulted in surgery to repair his injured shoulder.

LAW OFFICES
COONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
01 PENNSYLVANIA AVE.; N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2

<u>COUNT I</u>
(Negligence)

12. Plaintiffs incorporate by reference paragraphs 1 through 11 and further allege Defendant, Long, through its agents, servants, and/or employees was negligent and that such negligence was a direct and proximate cause of the injuries suffered by Plaintiff, John R. Sweeney. The Defendants negligence was as follows:

　　a. failing to adequately and safely control and oversee the safety measures and standards on the job site;

　　b. failing to detect, warn of, and/or correct a dangerous condition;

　　c. failing to appropriately coordinate the work being performed at the construction site so as to ensure the orderly and safe accomplishment of the work;

　　d. failing to maintain a safe place to work;

　　e. violation of OSHA regulations;

　　f. failure to comply with the District of Columbia's safety regulations governing construction projects.; and

　　g. otherwise failing to adhere to applicable District of Columbia and federal statutes and regulations relating to occupational safety and health.

13. As a direct and proximate result of the negligence of Defendant Long, Plaintiff John R. Sweeney sustained serious injuries to his head, neck, back and right shoulder.

14. As a further proximate result of the negligence of Defendant Long, The male Plaintiff Sweeney has suffered and will continue to suffer much physical pain and mental anguish; permanent disability which will substantially affect his ability to engage in his daily

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
01 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

3

activities; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care and attention in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer mental and physical pain and suffering and emotional distress associated with all of the above.

WHEREFORE, Plaintiff John R. Sweeney demands judgment against Defendant Long in the full and just amount of One Million ($1,000,000.00) Dollars, plus interest and costs.

## COUNT II
### (Negligent Supervision)

15. Plaintiffs incorporate by reference paragraphs 1 through 14 and further allege that Defendant Long, as a sub-contractor, had a duty to supervise the workers and the workplace to ensure that: safe work practices were used; safe and appropriate materials, designs, and procedures were being used and implemented so as to adequately and safely accomplish the job; all workers on the job were performing their tasks and duties in a safe and adequate manner; no hazards or defects existed in the workplace and that if such hazards and or defects existed they were eliminated or otherwise appropriately remedied; safe and adequate warnings were present on the project to warn workers about the nature, extent and consequences of the dangers on the project.

16. Defendant breached said duty by negligently failing to:

   a. Adequately supervise and/or inspect the work of it's agents, servants, and/or employees and the work being performed at this workplace;

   b. Ensure that it's agents, servants, and/or employees complied with various federal, state and industrial safety regulations then and there in effect;

LAW OFFICES
COONZ, MCKENNEY,
OHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
01 PENNSYLVANIA AVE., N.W.
SUITE 450
VASHINGTON, D.C. 20006

(202) 659-5500

4

17.  As a direct and proximate result of the negligence of the Defendant Long, Plaintiff John R. Sweeney sustained serious injuries to his head, neck, back, and right shoulder.

18.  As a further proximate result of the negligence of Defendant Long, Plaintiff John R. Sweeney has suffered and will continue to suffer much physical pain and mental anguish; permanent disability which will substantially affect his ability to engage in his daily activities; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care and attention in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer mental and physical pain and suffering and emotional distress associated with all of the above.

WHEREFORE, Plaintiff John R. Sweeney demands judgment against Defendant Long in the full and just amount of One Million ($1,000,000.00) Dollars, plus interest and costs.

### COUNT III
(Failure to Comply with the D.C. Industrial Safety Act
And/or other Regulations/Statutes)

19.  Plaintiffs incorporate by reference paragraphs 1 through 18, and further allege that Defendant Long violated the District of Columbia Industrial Safety Act, D.C. Code § 32-808 (2004), and pertinent portions of OSHA regulations by failing to furnish a safe place of employment for Plaintiff John R. Sweeney at the construction site for all intended work purposes.

20.  Defendant had control and custody of the metal railings that fell from above onto Plaintiff, John R. Sweeney.

21.  Defendant violated said statute by failing to:

   a. Furnish a place of employment, which was reasonably safe for employees;

   b. Furnish and use safety devices and safeguards;

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
01 PENNSYLVANIA AVE., N.W.
SUITE 450
VASHINGTON, D.C. 20006

(202) 659-5500

  c. Adopt and use practices, means, methods, operations, and processes which were reasonably safe and adequate to render such employment and place of employment reasonably safe.

22. As a direct and proximate result of the negligence of the Defendant Long, Plaintiff John R. Sweeney sustained serious injuries to his head, neck, back, and right shoulder.

23. As a further proximate result of the negligence of Defendant Long, the male Plaintiff John R. Sweeney has suffered and will continue to suffer much physical pain and mental anguish; permanent disability which will substantially affect his ability to engage in his daily activities; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care and attention in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer mental and physical pain and suffering and emotional distress associated with all of the above.

WHEREFORE, Plaintiff John R. Sweeney demands judgment against Defendant Long in the full and just amount of One Million ($1,000, 000.00) Dollars, plus interest and costs.

## COUNT IV
### (Loss of Consortium)

19. Plaintiff, Nancy Sweeney, incorporates by reference paragraphs 1-23, and further alleges that she has suffered a loss of companionship, services and consortium as a result the negligence of the Defendant Long, herein before alleged.

. WHEREFORE Plaintiff, Nancy Sweeney demands judgment against Defendant Long in the full and just amount of One Hundred Thousand Dollars ($100,000.00), plus interest and costs.

Respectfully submitted,

LAW OFFICES
COONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
101 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006
(202) 659-5500

KOONZ, McKENNEY, JOHNSON,
DePAOLIS & LIGHTFOOT, P.C.

By: /s/ *William P. Lightfoot*
William P. Lightfoot #313593
Joseph H. Koonz, Jr. #127571
Joshua Davenport # 480627
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
(202) 659-5500
Attorneys for the Plaintiff

**JURY TRIAL DEMAND**

/s/ *Joseph H. Koonz, Jr.*
Joseph H. Koonz, Jr.

LAW OFFICES
KOONZ, McKENNEY,
JOHNSON, DePAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

John R. Sweeney and his wife, Nancy Sweeney

*Plaintiff*

vs.  Civil Action No. 0008391-06

J.D. Long Masonry, Inc.

*Defendant*

SERVE:
C T Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 a.m. and 4:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Joseph H. Koonz, Jr.
Name of Plaintiff's Attorney

2001 Pennsylvania Avenue, NW, Suite 450
Address
Washington, DC 20006

(202)659-5500
Telephone

By _____
Deputy Clerk

Date 11/17/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY<br><br>    Plaintiff<br><br>v.<br><br>J.D. LONG MASONRY, INC.<br><br>    Defendant | :<br>:<br>:<br>:<br>:    Civil Action No. 2006-2252(RSL)<br>:<br>:<br>:<br>: |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on December 29, 2006, Defendant J.D. Long Masonry, Inc., filed in the Superior Court for the District of Columbia, in the certain action entitled *John R. Sweeney v. J.D. Long Masonry, Inc.*, Civil Action No. 06-8391 ("State Court Action"), and also served on counsel for all adverse parties, written notification of removal of the State Court Action to this Court (along with a copy of the Notice of Removal previously filed in this Court) pursuant to 28 U.S.C. §1446(d).

                                                            J.D. LONG MASONRY, INC.
                                                            By Counsel

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Walter L. Williams*
Walter L. Williams, DC Bar No. 455852
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Counsel for Defendant

Dated: December 29, 2006

56531.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a copy of the foregoing Notice of Filing was mailed, postage prepaid, this 29th day of December, 2006 to:

William P. Lightfoot, Esquire
Joseph H. Koonz, Jr., Esquire
KOONZ, MCKENNEY, JOHNSON,
   DEPAOLIS & LIGHTFOOT, P.C.
James Monroe Building
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
202-659-5500
202-785-3719 (facsimile)
Counsel for Plaintiff

                                                                     */s/*
                                                Walter L. Williams

56531.1

06-2252
RJL

**CIVIL COVER SHEET**
JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**
JOHN R. SWEENEY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**
J.D. LONG MASONRY, INC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV02252
JUDGE: Richard J. Leon
DECK TYPE: Labor/ERISA (non-employme
DATE STAMP: 12/29/2006

*JURY ACTION*

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP FOR PLAINTIFF**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— 5 —

| ☐ G. *Habeas Corpus/* 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☒ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1441 - 1446

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ _____   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 12.29.06  SIGNATURE OF ATTORNEY OF RECORD  WCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John R. Sweeney

## DEFENDANTS
J.D. Long Masonry, Inc.

(b) County of Residence of First Listed Plaintiff **Shady Side, Maryland**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Pr. Wm. Cnty, VA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)
William P. Lightfoot, Esquire
KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT, P.C.
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
202-659-5500

Attorneys (If Known)
Dana L. Plunkett, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
8444 Westpark Drive, Suite 510
McLean, VA 22102
(703) 245-9300

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "✓" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities- Employment | ☐ 540 Mandamus & Other | | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities- Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE) AN "X" IN ONE BOX ONLY

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE
December 29, 2006

SIGNATURE OF ATTORNEY OF RECORD
_/s/_

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

56526.1