CO-386-online
10/03

# United States District Court
# For the District of Columbia

JOHN R. SWEENEY                )
                               )
                               )
                               )
             Plaintiff         )    Civil Action No. 2006-2252 (RJL)
     vs                        )
                               )
J.D. LONG MASONRY, INC.        )
                               )
                               )
             Defendant         )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __J.D. LONG MASONRY, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __J.D. LONG MASONRY, INC.__ which have any outstanding securities in the hands of the public:

J.D. LONG MASONRY, INC. is a privately held company with no parent companies, subsidiaries or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Walter Williams_
Signature

455852
BAR IDENTIFICATION NO.

Walter L. Williams
Print Name

8444 Westpark Drive, Suite 510
Address

McLean, Virginia 22102
City          State          Zip Code

703-245-9300 ext. 7664
Phone Number