UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **John R. Sweeney** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CA No.: 06-2252 (RJL) |
| v. ) | |
| ) | |
| **J.D. Long Masonry, Inc.** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joseph H. Koonz, Jr. is entering his appearance as attorney of record for John R. Sweeney in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Joseph H. Koonz, Jr., Esq.
Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.
2001 Pennsylvania Ave, N.W., Suite 450
Washington, D.C. 20006
Telephone: (202) 659-5500
Facsimile: (202) 785-3719

Dated: March 7, 2007

Respectfully submitted,

_____/S/_____
Joseph H. Koonz, Jr. (D.C. Bar No. 127571)
2001 Pennsylvania Ave, N.W., Suite 450
Washington, D.C. 20006
Tel: (202) 659-5500
Fax: (202) 785-3719
*Counsel for Plaintiff*