# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **John R. Sweeney,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CA No. 06-2252 |
| v. | ) |
| | ) |
| **J.D. Long Masonry, Inc.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please note the appearance of Andrew W. Cohen, Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., at the address below, as counsel for the Plaintiff John R. Sweeney.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
 DEPAOLIS & LIGHTFOOT, L.L.P.

By: _/s/_ Andrew W. Cohen_____
Andrew W. Cohen #441449
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006
(202) 659-5500

Attorneys for Plaintiff