**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN R. SWEENEY** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 2006-2252 (RJL) |
| **J.D. LONG MASONRY, INC.** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR PRETRIAL PURPOSES

Plaintiff, John R. Sweeney, by and through his attorneys, Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., respectfully moves this Court under Fed. R. Civ. P. 72, LCvR 72.2, and 28 U.S.C. § 636(b)(1) to refer this matter to a United States Magistrate Judge for pretrial purposes, and states:

1. This action arises out of a construction-site accident on April 22, 2005 in which Mr. Sweeney sustained serious and permanent injuries. Mr. Sweeney, who was an employee of a subcontractor at the worksite, alleges that Defendant, J.D. Long Masonry, Inc., by its employees, dropped metal tubing used for scaffold safety rails from the seventh floor to the second floor, striking him twice on his right shoulder, head, neck and back.

2. Mr. Sweeney brought claims in D.C. Superior Court for negligence, negligent supervision, failure to comply with safety standards and regulations, and loss of consortium. Defendant removed the case to this Court based on diversity jurisdiction, and on January 5, 2007 filed an Answer denying all claims.

3. On June 1, 2007, the parties filed their Joint Meet and Confer Report and Joint Discovery Plan and Proposed Scheduling Order. In connection with preparation of those filings, Mr. Sweeney sought, but was unable, to obtain Defendant's consent to refer this matter to a United States Magistrate Judge.

4. It would be appropriate for the Court to refer this matter to a United States Magistrate Judge for pretrial purposes. The Court may make such a limited referral without the consent of Defendant. *See* 28 U.S.C. § 636(b)(1); *Newsome v. Equal Employment Opportunity Comm'n*, 301 F.3d 227, 230 (5th Cir. 2002) (referring to § 636(b)(1)(b) and stating: "The consent of the parties is not required under this section."); *see also* CHARLES ALAN WRIGHT, ARTHUR R. MILLER, AND RICHARD L. MARCUS, FEDERAL PRACTICE AND PROCEDURE § 3066 (explaining that, with 1976 amendments to Federal Magistrates Act, "[c]onsent of the parties would not be necessary for a district court to refer pretrial matters to a magistrate judge. The 1976 amendments empowered a magistrate, when designated by a district judge, to hear and determine any pretrial matter other than eight enumerated motions").

5. The United States Supreme Court has repeatedly recognized the Federal Magistrates Act's basic goals of improving the operation of the federal court system and easing the burdens on the district courts. *See, e.g.*, *Peretz v. United States*, 501 U.S. 923, 934 (1991) ("The Act is designed to relieve the district courts of certain subordinate duties that often distract the courts from more important matters."). The pretrial matters most likely to arise in this negligence case, such as discovery and scheduling issues and motions, are precisely the type of matters that are properly delegated to a United States

Magistrate Judge in order "to secure the just, speedy, and inexpensive determination of" this action. Fed. R. Civ. P. 1.

    WHEREFORE, Plaintiff John R. Sweeney, by and through undersigned counsel, respectfully moves this Court to refer this action to a United States Magistrate Judge for pretrial purposes as set forth in 28 U.S.C. 636(b)(1). A proposed order is attached.

    Respectfully submitted,

    KOONZ, McKENNEY, JOHNSON,
     DePAOLIS & LIGHTFOOT, L.L.P.


    By: /s/ Andrew W. Cohen
     Joseph H. Koonz (D.C. Bar # 127571)
     Andrew W. Cohen (D.C. Bar #441149)
     2001 Pennsylvania Avenue, N.W.
     Suite 450
     Washington, DC 20006
     Tel: (202) 659-5500
     Attorneys for Plaintiff John R. Sweeney

Date: June 6, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN R. SWEENEY** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 2006-2252 (RJL) |
| **J.D. LONG MASONRY, INC.** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the motion of Plaintiff, John R. Sweeney, for referral of this matter to a United States Magistrate Judge for pretrial purposes, the opposition and any reply thereto, and the record in this case, IT IS HEREBY ORDERED that the motion is GRANTED and that the above-captioned matter be referred to a United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636(b)(1).

_____
Richard J. Leon
United States District Judge

Date: _____