IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 7 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN R. SWEENEY                   :
     Plaintiff                      :
                                  :
v.                                : Civil Action No. 2006-2252 (RJL)
                                  :
J.D. LONG MASONRY, INC.           :
     Defendant                      :

## SCHEDULING ORDER

UPON CONSIDERATION of the Joint Meet and Confer Report filed by the parties hereto, and the joint proposed Scheduling Order submitted by the parties, it is this 7th day of June 2007,

HEREBY ORDERED that the following Scheduling Order shall apply to this matter:

Each party shall serve its Federal Rule of Civil Procedure 26 (a)(1) Initial Disclosures upon the opposing party within 20 days after the Rule 16(b) Conference.

| | |
|---|---|
| Amendments to pleadings and joinder of other parties: | June 20, 2007 |
| Deadline for naming of experts and production of expert Reports by Plaintiff: | September 15, 2007 |
| Deadline for naming of experts and production of expert Reports by Defendant: | October 20, 2007 |
| Close of Discovery: | November 15, 2007 |
| Deadline for filing of Dispositive Motions/Summary Judgment: | December 15, 2007 |
| Final Pre-trial Conference: | To be scheduled after the close of discovery |
| Exhibit and Witness Lists: | 30 days prior to trial |
| Stipulation of Facts: | 30 days prior to trial |

66296.1

ADR: the parties are amenable to mediation as a form of alternative dispute resolution after the close of discovery.

The parties do not request a trial before a Magistrate Judge.

The parties do not anticipate that changes need to be made to the limitations on discovery as imposed under the Federal Rules of Civil Procedure or the local rules.

The parties respectfully request that a trial date be scheduled at the Final Pre-Trial Conference.

_____
The Honorable Richard Leon
United States District Court for the District of Columbia


Copies to:

Walter L. Williams, Esquire
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Walter.Williams@WilsonElser.com
Counsel for Defendant J.D. Long Masonry Company


Joseph H. Koonz, Jr., Esquire
Andrew Cohen, Esquire
KOONZ, MCKENNEY, JOHNSON,
    DEPAOLIS & LIGHTFOOT, P.C.
James Monroe Building
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
202-659-5500
202-785-3719 (facsimile)
Counsel for Plaintiff

66296.1