IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY | : |
| Plaintiff | : |
| v. | : Civil Action No. 1:06-cv-02252 |
| J.D. LONG MASONRY, INC. | : |
| Defendant | : |

**JOINT MOTION TO AMEND SCHEDULING ORDER TO SET A DATE
CERTAIN FOR SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant J.D. Long Masonry, Inc., and Plaintiff John R. Sweeney, through counsel, hereby move this honorable court to amend the Scheduling order issued by this Court on June 7, 2007 in order to set a date certain for the parties' service of their Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures upon the opposing party. In support of this Joint Motion, the parties state as follows:

1. On June 7, 2007, the Court entered a Scheduling Order which, among other dates, ordered the parties to serve their Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures upon the opposing party within 20 days after the Rule 16(b) Conference.

2. There has been no Rule 16(b) Conference set by the Court in this matter and, pursuant to a conference call among counsel and the Court's law clerk on June 20, 2007, the parties understand that there will be no Rule 16(b) Conference scheduled.

3. Accordingly, counsel have conferred and request that the Court issue the attached Order, which modifies the Scheduling Order by setting July 7, 2007 as the date by which the

67872.1

2

parties must serve their Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures upon the opposing party.

Dated: _____, 2007

Respectfully submitted,

_____/s/ Andrew Cohen_____
Joseph H. Koonz, Jr., Esq. (D. C. Bar No. 127571)
Andrew Cohen, Esq. (D.C. Bar No. 441149)
KOONZ, MCKENNEY, JOHNSON,
   DEPAOLIS & LIGHTFOOT, P.C.
James Monroe Building
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C.  20006
202-659-5500
202-785-3719 (facsimile)
acohen@koonz.com
Counsel for Plaintiff


_____/s/ Walter L. Williams_____
Walter L. Williams, Esq. (D.C. Bar No. 455852)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
walter.williams@wilsonelser.com
Counsel for Defendant

67872.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY | : |
| Plaintiff | : |
| v. | : Civil Action No. 2006-2252 (RJL) |
| J.D. LONG MASONRY, INC. | : |
| Defendant | : |

## **ORDER**

THIS MATTER having come before the Court on the parties' Joint Motion To Amend Scheduling Order To Set A Date Certain For Service Of Rule 26(a)(1) Initial Disclosures and, the Court having considered the parties' Motion to be in order, it is hereby

ORDERED, that the parties' Joint Motion To Amend Scheduling Order To Set A Date Certain For Service Of Rule 26(a)(1) Initial Disclosures be, and the same hereby is, GRANTED. It is further

ORDERED, that the parties shall serve their Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures upon the opposing party on or before July 7, 2007.

Dated:_____

_____
United States District Judge

67872.1