IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> J.D. LONG MASONRY, INC. : <br> : <br> **Defendant.** : | Civil Action No. <br> 2006-2252 (RJL) |

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Under Fed. R. Civ. P. 26(a)(1), Plaintiff John R. Sweeney, by and through his attorneys, Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., makes the following initial disclosures to Defendant J.D. Long Masonry, Inc.:

(A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

Upata Simms

Bernardino Rocha
1275 Midwood Lane
Bowie, MD  20715

René Lopez
2810 31st St., S.E.
Apt. B694
Washington, DC  20020

These three individuals were co-workers of the Plaintiff and witnessed the accident and/or its immediate aftermath.

(B)    A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

A copy of the Employer's First Report of Injury filed with the District of Columbia Office of Workers' Compensation is attached as an exhibit hereto.

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Plaintiff was physically unable to work from April 27, 2005 through May 8, 2005 as result of the injuries suffered in the accident, and from June 27, 2005 through October 3, 2005, as a result of the surgery he underwent to repair the injury to his shoulder. Plaintiff's average wage was approximately $1,300/week, yielding approximately $20,800 in lost wages during the 16 weeks of missed work. Plaintiff will also have a claim for future lost wages and pain and suffering.

All medical expenses have been paid by the workers' compensation insurance carrier, which has a lien on any third-party recovery. That lien is approximately $50,000.

3

    Finally, Plaintiff's operating surgeon has evaluated Plaintiff's permanent disability of his right arm at 50 percent. A copy of the evaluation will be made available to Defendant for inspection and copying under Rule 34.

                                    Respectfully submitted,

                                    KOONZ, McKENNEY, JOHNSON,
                                      DePAOLIS & LIGHTFOOT, L.L.P.

                                  By:  /s/ Andrew W. Cohen
                                    Joseph H. Koonz (D.C. Bar # 127571)
                                    Andrew W. Cohen (D.C. Bar #441149)
                                    2001 Pennsylvania Avenue, N.W.
                                    Suite 450
                                    Washington, DC  20006
                                    Tel:  (202) 659-5500
                                    Attorneys for Plaintiff John R. Sweeney

Date:  July 9, 2007

**DISTRICT OF COLUMBIA GOVERNMENT**
**OFFICE OF WORKERS' COMPENSATION**
**P.O. BOX 56098**
**WASHINGTON, D.C. 20011**
**(202) 576-6265**

08/08/2005
_____
Date of This Report
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
_____
Employee Social Security No.
520566508
_____
Employer Identification No.

_____
Insurer No.

Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

## EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

10767527

| Employee Name and Address: | Employer Name and Address: | Insurer Name and Address: |
|---|---|---|
| JOHN SWEENEY<br>1250 STEAMBOAT RD<br>SHADY SIDE   MD  20764 | AMERICAN IRON WORKS, INC.<br>5010 INWOOD STREET<br>HYATTSVILLE   MD  22070 | ARGONAUT - PHILADELPHIA DIVISION<br>ONE INTERNATIONAL PLAZA<br>PHILADELPHIA  PA  19113 |

**IMPORTANT:** Every employer shall file this report as soon as possible after knowledge of an occupational injury or disease to one of his employees, but no later than ten days thereafter. Failure to file this form shall be subject to a civil penalty not to exceed $1,000.

Date and Time of Injury  04/22/2005     11:00AM    am/pm? Day of Week? _____
Normal starting time 06:00AM   am/pm? If employee back to work, give date and time _____
_____ am/pm? At what wage? _____. If fatal, give date of death _____
_____ (file supplement report).
Date disability began?  04/27/2005   _____ am/pm? Was injured paid in full for this day? _____
Was injured given Form No. 7 DCWC? _____ Foreman _____
When did you or foreman first know of injury?  04/27/2005
Male X    Female_____ Age 47 _____ Employee's Telephone No.  (410) 867-8736
Occupation when injured FOREMAN _____ Was his/her regular occupation? _____
(Department or branch regularly employed)  WELDING
Was injured hired in DC?  NO    How long employed by you?  5 years 3 months
Piece or time worker? _____ Hourly wage? 24.00   Hours worked/day  8
Daily wages _____ Days worked per week  5    Avg. weekly earnings _____
If board and lodging were furnished or gratuities reported in addition to wages, give estimated value per day, week, or month: _____
Employer's principal business function in DC _____
Employer's Telephone No.  (301) 277-8444    Insurance Policy No.  47671822594
Location of plant or place where accident occurred: UNKNOWN  WASHINGTON, DC 20440
On employer's premises?   NO
Describe fully the events which resulted in injury or disease, what the employee was doing when injured and type of injury including parts of body affected: EE SUSTAINED A RIGHT SHOULDER INJURY WHEN SOMEONE DROPPED WOOD AND PIECES OF THE SCAFFOLDING FELL ON THE EE'S SHOULDER.

Names of Witnesses  BERNARDINO ROCHA
Nature and location of injury (Describe fully):  RIGHT     SHOULDER    STRAIN

Attending Physician and Address (If Hospital Involved - Indicate):
NWANERI
BOWIE HEALTH CENTER         13001 HEALTH CENTER DR BOWIE, MD 20716

|  | WENDY SLUTZKY |
|---|---|
| WENDY SLUTZKY | Name (Please Print or Type)<br>BY TELEPHONE |
| Name of Person Completing Form | Signature<br>(410) 494-2261 |
|  | Official Position |

FORM NO. 8 DCWC   9-2491          ORIGINAL—OWC OFFICE