IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY | : |
| Plaintiff | : |
| v. | : Civil Action No. 1:06-cv-02252 |
| J.D. LONG MASONRY, INC. | : |
| Defendant | : |

## NOTICE OF WITHDRAWAL

THE CLERK OF THE COURT WILL PLEASE ENTER the withdrawal of Dana L. Plunkett, Esquire, as co-counsel for J.D. LONG MASONRY, INC.  I will no longer be counsel of record on this matter.  Walter L. Williams, Esquire and the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP will remain as counsel for J.D. LONG MASONRY, INC, in the above-captioned case.

Respectfully submitted,

J.D. LONG MASONRY, INC.
By Counsel

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

  /s/
Walter L. Williams, Esquire (VSB# 39037)
Dana L. Plunkett, VSB No. 42885
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)

97427.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal was served via first class mail, postage prepaid, on this 24th day of June, 2008 to:

>Joseph H. Koonz, Jr., Esquire
>Andrew Cohen, Esquire
>KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT, P.C.
>James Monroe Building
>2001 Pennsylvania Avenue, N.W., Suite 450
>Washington, D.C. 20006

>/s/
>Dana L. Plunkett

97427.2