UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 06-2252 (RJL) |
| | ) |
| J.D. LONG MASONRY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**
(July _11_, 2008)

Consistent with the status conference held on July 8, 2008, and the March 6, 2008 Order, referring the above-captioned case to Court-appointed mediation, it is hereby

**ORDERED** that the parties or persons with settlement authority shall attend all necessary mediation sessions within 45 days of this Order, and it is further

**ORDERED** that parties shall provide a joint report to the Court regarding the status of the above-referenced mediation within 45 days of this Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge