IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. SWEENEY | : |
| Plaintiff | : |
| v. | : Civil Action No. 2006-2252 (RJL) |
| J.D. LONG MASONRY, INC. | : |
| Defendant. | : |

## JOINT REPORT

COME NOW, Plaintiffs John R. Sweeney and Nancy Sweeney ("Plaintiffs") and Defendant J.D. Long Masonry, Inc. ("Defendant"), by and through their undersigned counsel, and hereby jointly submit this report regarding mediation in this case, and state as follows:

1. The parties attended mediation with mediator Randy Norton on August 27, 2008.

2. The parties reached a settlement in this matter on August 27, 2008.

3. Therefore, the parties will submit a stipulation of dismissal to the Court as soon as practically possible subsequent to exchanging the settlement draft and executed release agreement.

Respectfully Submitted,
/s/_____
Walter L. Williams, Esq., Bar No. 455852
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Tel: (703) 245-9300; Fax: (703) 245-9301
Walter.Williams@WilsonElser.com
*Attorney for Defendant*

Respectfully Submitted,
/s/_____
Joseph H. Koonz, Jr., Esq., Bar No. _____
KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT, P.C.
James Monroe Building
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
202-659-5500; 202-785-3719 (facsimile)
JKoonz@koonz.com
*Counsel to Plaintiff*

Dated: August 28, 2008

104895.1